MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

JENNIFER R. BUSH (CSB No. 229370)
jbush@fenwick.com
JOHN M. DIBAISE (Max) (CSB No. 340743)
mdibaise@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendant
DocuSign, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. CLARK,<br><br>            Plaintiff,<br><br>    v.<br><br>DOCUSIGN, INC.<br><br>            Defendant. | Case Nos.:  3:22-cv-07181-WHO<br>                     3:21-cv-04785-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-1(b)** |

DocuSign, Inc. ("DocuSign") and Paul C. Clark ("Clark") hereby jointly respectfully request the Court to reschedule the date of the Case Management Conferences in the case captioned as Paul C. Clark v. DocuSign, Inc., Case No. 3:22-cv-07181-WHO (the "Patent Action") and DocuSign, Inc. v. Paul C. Clark, Case No. 3:22-cv-04785-WHO (the "Fraud Action"), both of which are scheduled for February 14, 2023 [Dkt. 51 (Patent Action) and Dkt. 83 (Fraud Action)]. While the Parties did not reach a resolution of the cases in the February 13, 2023, mediation conference, the Parties believe they have made progress towards at least a partial settlement. The

Parties respectfully request a thirty-day extension of the Case Management Conferences as they continue to work on a resolution.

On January 4, 2023, the Court granted the Parties' stipulated request to stay the Patent Case until a final written decision is entered in the *Inter Partes* Review proceedings that involve the same patents at issue , except with regard to the Case Management Conference scheduled for February 14, 2023 [Dkt. 53 (Patent Case)].  Pursuant to the Court's Order (Dkt. 53), the Parties filed a Joint Case Management Statement on February 7, 2023, and participated in a mediation conference on February 13, 2023.  Pursuant to the Court's Order (Dkt. 53), the Parties were ordered to file a Joint Status Report on or before February 27, 2023.  This is the Parties first request to extend the Case Management Conference.

On January 4, 2023, the Court granted the Parties' stipulated request to stay the Fraud Case until after the February 14, 2023 Further Case Management Conference, except with regard to the February 13, 2023 mediation.  [Dkt. 85 (Fraud Case)].  Pursuant to the Court's Order (Dkt. 85), the Parties were ordered to file a Joint Status Report on or before February 27, 2023.  This is the Parties first request to extend the Further Case Management Conference.

THEREFORE, the parties hereby jointly stipulate and request that the Court order as follows:

1. That the Case Management Conferences in the Patent Case and Fraud Cause, respectively, will be continued from February 14, 2023 to a date on or after March 14, 2023.

2. That the deadline for the Parties file a Joint Status Report be continued from February 27, 2023 to March 7, 2023, or 7 days prior to the date of the continued Case Management Conference, whichever is later.

Dated:  February 13, 2023                         FENWICK & WEST LLP

By:  */s/ Michael J. Sacksteder*
Michael J. Sacksteder
Attorneys for DocuSign, Inc.

Dated: February 13, 2023            FENNEMORE WENDEL

                                    By:  */s/ Miguel Saldaña*
                                         Miguel Saldaña
                                         Attorneys for Paul C. Clark

### CIVIL LOCAL RULE 5-1(i) ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence of the foregoing document was obtained from all of its signatories.

                                    */s/ Michael J. Sacksteder*
                                    Michael J. Sacksteder

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 14, 2023

                                    The Honorable William H. Orrick
                                    United States District Judge