MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:     415.281.1350

JENNIFER R. BUSH (CSB No. 229370)
jbush@fenwick.com
JOHN M. DIBAISE (Max) (CSB No. 340743)
mdibaise@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View CA  94041
Telephone:    650.988.8500
Facsimile:     650.938.5200

Attorneys for Defendant
DocuSign, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. CLARK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOCUSIGN, INC.<br><br>　　　　　Defendant. | Case Nos.: 3:22-cv-07181-WHO<br>　　　　　　 3:21-cv-04785-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SUBMIT JOINT STATUS REPORT AND CASE MANAGEMENT CONFERENCE** |

DocuSign, Inc. ("DocuSign") and Paul C. Clark ("Clark") hereby jointly respectfully request the Court reschedule the date of the Case Management Conference in the cases captioned *Paul C. Clark v. DocuSign, Inc.*, Case No. 3:22-cv-07181-WHO (the "Patent Action") and *DocuSign, Inc. v. Paul C. Clark*, Case No. 3:22-cv-04785-WHO (the "Fraud Action").  The Parties continue to make progress regarding at least a partial settlement.  The Parties respectfully request a thirty-five-day extension of the Case Management Conferences as they continue to work on a resolution.

On March 13, 2023, the Court granted the Parties' stipulated request to extend the Case Management Conference from March 14, 2023 to April 23, 2023, and to submit a Joint Case

FENWICK & WEST LLP

Management Statement on April 11, 2023. This is the Parties third request to extend the Case Management Conference.

THEREFORE, the Parties hereby jointly stipulate and request that the Court order as follows:

1. That the Case Management Conference in the Patent Action and Fraud Action, respectively, will be continued from April 18, 2023 to May 23, 2023, or a date thereafter convenient for the Court.

2. That the deadline for the Parties to file a Joint Status Report be continued from April 11, 2023 to seven days prior to the date of the continued Case Management Conference.

Dated: April 11, 2023          FENWICK & WEST LLP

By:  */s/ Michael J. Sacksteder*
     Michael J. Sacksteder
     Attorneys for DocuSign, Inc.

Dated: April 11, 2023          FENNEMORE WENDEL

By:  */s/ Miguel Saldaña*
     Miguel Saldaña
     Attorneys for Paul C. Clark

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence of the foregoing document was obtained from all of its signatories.

*/s/ Michael J. Sacksteder*
Michael J. Sacksteder

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 11, 2023

_____
The Honorable William H. Orrick
United States District Judge