MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

JENNIFER R. BUSH (CSB No. 229370)
jbush@fenwick.com
JOHN M. DIBAISE (Max) (CSB No. 340743)
mdibaise@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View CA  94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendant
DocuSign, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUSIGN, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL C. CLARK,<br><br>　　　　　　Defendant. | Case No.:  3:22:cv-07181-WHO<br>　　　　　　  3:21-cv-04785-WHO<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　　Plaintiff Paul C. Clark ("Dr. Clark") and DocuSign, Inc. ("DocuSign") provide this status report on the progress of *DocuSign, Inc. v. Paul C. Clark*, Case No. 3:21-cv-04785-WHO (the "Fraud Action") and *Paul C. Clark v. DocuSign, Inc.*, Case No. 3:22-cv-07181-WHO (the "Patent Action").  The Parties also request the Court continue the Case Management Conference scheduled for July 18, 2023, by seven (7) days due to conflicts with the schedules of counsel.

　　　　On February 13, 2023, the Parties engaged in a mediation session to resolve or simplify the asserted actions.  Following a productive mediation session, the Parties agreed to continue settlement negotiations informally.  On July 6, 2023, a settlement-in-principal was reached between

the Parties as to the Fraud Action, and the Mediator Jeffrey Faucette informed the Court of the same. *See* Fraud Action, Dkt. 99. As part of the settlement-in-principal, the Parties will take certain actions requiring the Fraud Action to remain open. The Parties are currently drafting the formal settlement agreement. The Parties are prepared to discuss the settlement-in-principal at the Case Management Conference, currently scheduled for July 18, 2023.

The Parties anticipate that the settlement in the Fraud Action will not impact the Patent Action. On January 4, 2023, the Court stayed the Patent Action until a final written decision is entered in the *inter partes* review (IPR) proceedings currently pending before the Patent Trial and Appeal Board, except with regard to the Case Management Conference. Oral argument in the IPRs is scheduled for August 1, 2023. The final written decision is expected by November 1, 2023. The Parties are prepared to discuss the status of the IPRs at the upcoming Case Management Conference.

The Parties also request the Court to continue the Case Management Conference by seven (7) days. The Parties are mindful of the Court's prior Order on May 17, 2023, stating that "[t]he parties should not expect a further continuance." Patent Action, Dkt. 65 at 3. However, that Order set the Case Management Conference for July 11, 2023. *See id.* The Parties agree that good cause exists for this brief continuance because the schedules of counsel conflict with the current Case Management Conference date for which neither party could anticipate. The Parties request that the Case Management Conference be continued to July 25, 2023.

Dated: July 14, 2023                                                 FENWICK & WEST LLP

                                                                              By:    */s/ Michael J. Sacksteder*
                                                                                      Michael J. Sacksteder
                                                                                      Attorneys for Defendant DocuSign, Inc.

Dated: July 14, 2023                                                 FENNEMORE WENDEL

JOINT STATUS REPORT AND STIPULATION TO                    2                    Case Nos.: 3:22-cv-07181-WHO
CONTINUE CASE MANAGEMENT CONFERENCE                                                     3:21-cv-04785-WHO

By: */s/ Miguel Saldaña*
Miguel Saldaña
Attorneys for Plaintiff Paul C. Clark

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence of the foregoing document was obtained from all of its signatories.

*/s/ Michael J. Sacksteder*
Michael J. Sacksteder

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED **as modified.  The Case Management Conference is reset for August 8, 2023, at 2:00 p.m.  A Joint Case Management Statement is due by August 1, 2023.**

Dated: July 17, 2023

_____
The Honorable William H. Orrick
United States District Judge