MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

JENNIFER R. BUSH (CSB No. 229370)
jbush@fenwick.com
JOHN M. DIBAISE (Max) (CSB No. 340743)
mdibaise@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View CA  94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

Attorneys for Defendant
DocuSign, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUSIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL C. CLARK, <br><br> Defendant. | Case No.: 3:21-cv-04785-WHO <br><br> **JOINT STIPULATION OF DISMISAL WITH PREJUDICE** |

Plaintiff DocuSign, Inc. and Defendant Paul C. Clark, by and through their attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss all claims and counterclaims in this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  September 28, 2023                                   FENWICK & WEST LLP


                                                             By:  */s/ Michael J. Sacksteder*
                                                                  Michael J. Sacksteder
                                                             Attorneys for Defendant DocuSign, Inc.

| | | |
|---|---|---|
| Dated: September 28, 2023 | | FENNEMORE WENDEL |
| | By: | /s/ Eugene M. Pak |
| | | Eugene M. Pak |
| | | Attorneys for Plaintiff Paul C. Clark |

### CIVIL LOCAL RULE 5-1(i) ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence of the foregoing document was obtained from all of its signatories.

/s/ Michael J. Sacksteder
Michael J. Sacksteder

### [~~PROPOSED~~] ORDER

Based on the Parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: October 2, 2023

The Honorable William H. Orrick
United States District Judge